UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2804
_____

UNITED STATES OF AMERICA

v.

LIZA ROBLES,
Appellant

_____

No. 20-1371
_____

UNITED STATES OF AMERICA

v.

ROBERTO TORNER,
Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Nos. 3-17-cr-00343-002 & 3-17-cr-00343-001)
District Judge: Honorable Malachy E. Mannion

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 8, 2021
_____

Before: CHAGARES, SCIRICA, and COWEN, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the Middle District of Pennsylvania and was submitted on February 8, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgments of the District Court entered on July 24, 2019 and February 13, 2020, are hereby AFFIRMED.  Costs shall not be taxed in this matter.  All of the above in accordance with the Opinion of this Court.

                ATTEST:

                s/ Patricia S. Dodszuweit
                Clerk

DATED:  April 8, 2021